UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY KURT HAIRSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF BAKERSFIELD, et al.,<br><br>    Defendants. | Case No. 17-cv-00657-WHO (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff Robey Kurt Hairston's allegations in this federal civil rights action are based on events that occurred in Bakersfield, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendant named resides, in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** February 14, 2017



WILLIAM H. ORRICK
United States District Judge